**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

District of Massachusetts

**Case No. 07–40813**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheryl E. Rodenhiser
   53 West St.
   Clinton, MA 01510

Social Security No.:
   xxx–xx–2819

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    BY THE COURT

Dated: 7/26/07                                           Joel B. Rosenthal
                                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0813   Doc 19   Filed 07/28/07   Entered 07/29/07 00:55:51   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0101-4              User: jk                    Page 1 of 1                   Date Rcvd: Jul 26, 2007
Case: 07-40813                    Form ID: b18                Total Served: 27


The following entities were served by first class mail on Jul 28, 2007.
db          +Sheryl E. Rodenhiser,   53 West St.,   Clinton, MA 01510-2017
aty         +Peter C. Lacey,   Law Office of Peter C. Lacey,   800 Main St.,   Holden, MA 01520-1838
tr          +Janice G. Marsh,   The Marsh Law Firm, PC,   446 Main Street,   19th Floor,
              Worcester, MA 01608-2368
smg         +Commonwealth of Massachusetts,   DIV OF UNEMPLOYMENT ASSISTANCE,   ATTN BANKRUPTCY UNIT 5TH FLOOR,
              19 STANIFORD STREET,   Boston, MA 02114-2502
smg          MASS DEPT OF REVENUE,   BANKRUPTCY UNIT,   PO BOX 9564,   Boston, MA 02114-9564
smg         +UNITED STATES ATTORNEY,   ONE COURTHOUSE WAY,   SUITE 9200,   BOSTON, MA 02210-3013
smg          US DEPARTMENT OF LABOR,   EMPLOYEE BENEFITS,   JFK FEDERAL BUILDING,   ROOM 575,
              Boston, MA  02203
16187190     AT&T Universal Card,   Customer Service Center,   P.O. Box 45218,   Jacksonville, FL 32232-5218
16187191    +Beneficial,   251 W Central St Ste 10,   Natick, MA 01760-3758
16187192    +Beneficial,   P.O. Box 8873,   Virginia Beach, VA 23450-8873
16187193    +Beneficial Finance,   Post Office Box 4153-K,   Carol Stream, IL 60197-8153
16187195     Citibank (South Dakota), N.A.,   Customer Service Center,   P.O. Box 6500,
              Sioux Falls, SD 57117-6500
16187196    +Citicorp Credit Services, Inc. (USA),   AllianceOne Receivables Management Inc.,   P.O. Box 21882,
              Eagan, MN 55121-0882
16187197    +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
16187198     Financial Asset Management Systems, Inc.,   P.O. Box 451409,   Atlanta, GA 31145-9409
16187202     Janice Marsh,   The Marsh Law Firm, P.C.,   446 Main Street,   I 9th Floor,   Worcester, MA 01 608
16187203    +Massachusetts Department of Revenue,   Bankruptcy Unit,   P.O. Box 9486,   Boston, MA 02205-9486
16187205    +Northlands Group Inc.,   P.O. Box 390905,   Edina, MN 55439-0905,   Mail Code CBK1
16187201    +Peter C. Lacy Esq.,   800 Main Street,   Hoiden, MA 01520-1838
16187206     Sheryl Rodenheiser,   53 West Street, Floor 2,   Clinton, MA 01510-2017
16187207    +St. Mary?s Credit Union,   293 Boston Post Road West,   Marlborough, MA 01752-4615
16187208    +Westgate Blue Tree,   12007 Cypress Run Road,   Lake Buena Vista, FL 32836-6421

The following entities were served by electronic transmission on Jul 27, 2007.
tr          +EDI: QJGMARSH.COM Jul 26 2007 23:39:00      Janice G. Marsh,   The Marsh Law Firm, PC,
              446 Main Street,   19th Floor,   Worcester, MA 01608-2368
ust         +E-mail/PDF: USTPRegion01.WO.ECF@usdoj.gov Jul 27 2007 03:00:06      Richard King,
              Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
16187190     EDI: CITICORP.COM Jul 26 2007 23:39:00      AT&T Universal Card,   Customer Service Center,
              P.O. Box 45218,   Jacksonville, FL 32232-5218
16187192    +EDI: HFC.COM Jul 26 2007 23:39:00      Beneficial,   P.O. Box 8873,   Virginia Beach, VA 23450-8873
16187193    +EDI: HFC.COM Jul 26 2007 23:39:00      Beneficial Finance,   Post Office Box 4153-K,
              Carol Stream, IL 60197-8153
16187194     EDI: CHASE.COM Jul 26 2007 23:39:00      Chase Manhattan Bank USA, N.A.,   Cardniernber Service,
              P.O. Box 15298,   Wilmington, DE 19850-5298
16187199    +EDI: IRS.COM Jul 26 2007 23:39:00      Internal Revenue Service,
              Special Procedures Function STOP 20800,   P.O. Box 9112,   JFK Building,   Boston, MA 02203-9112
16187204     EDI: BANKAMER.COM Jul 26 2007 23:39:00      MBNA,   Bank of America,   P0 Box 15019,
              Wilmington, DE 19886-5019
16187200    +E-mail/PDF: USTPRegion01.WO.ECF@usdoj.gov Jul 27 2007 03:00:06      Richard King,
              Office of U.S. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Janice G. Marsh,   The Marsh Law Firm, PC,   446 Main Street,   19th Floor,
              Worcester, MA 01608-2368
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2007**          **Signature:** *Joseph Speetjens*